441 A.2d 782

Commonwealth v. Clifford Boyd a/k/a Eugene
Boyd, Appellant.

Petition for Allowance of Appeal Denied April 3, 1982.

Submitted May 27, 1981.  Charlotte A.
Nichols, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

The order is affirmed on the clear and persuasive opinion of the learned and distinguished Honorable Abraham J. Gafni of the Philadelphia County Court of Common Pleas.

441 A.2d 782

Commonwealth v. Brown, Appellant.

Argued November 5, 1981.
J. Scott O'Keefe, for appellant;  Sarah B. Vandenbraak, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, POPOVICH and MONTGOMERY, JJ.

Judgment of sentence affirmed.